Commonwealth *v.* Drennon, Appellant.

Submitted March 15, 1971. Before BELL, C. J.,
JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BAR-
BIERI, JJ.

*John J. Dean* and *A. M. Cohen,* Assistant Public
Defenders, and *George H. Ross,* Public Defender, for
appellant.

*Carol Mary Los* and *Robert L. Campbell,* Assistant
District Attorneys, and *Robert W. Duggan,* District
Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 28, 1971:
Order affirmed.